■ COUNTY OF ERIE, Respondent, v. LAYFAYETTE HOTEL COMPANY et al., Appellants.— Appeals dismissed unless appellants' briefs are filed and served on or before May 4, 1960; in the event appellants' briefs are so filed, and if respondent's briefs are filed by May 9, 1960, the case is added to the Term Calendar for the May 1960 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANGELINE NATARELLI, Appellant.— Motion to enlarge time for argument of appeal to include September 1960 Term of court denied; appellant ordered to file brief on or before May 4, 1960, respondent on or before May 9, 1960, and case added to Term Calendar.

## SECOND DEPARTMENT, FEBRUARY, 1960■

## (February 23, 1960)

■ In the Matter of JOHN P. HASSAN, Appellant, against MAGISTRATES' COURT OF THE CITY OF NEW YORK et al., Respondents.— Motion (1) to dismiss respondents' motion for dismissal of the appeal, (2) for reargument of motion to dispense with printing and (3) for assignment of counsel, or for other relief. Motion denied. Motion to dismiss appeal granted, without costs, and appeal dismissed. Present — Nolan, P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ.

## SECOND DEPARTMENT, SEPTEMBER, 1959■

## (September 16, 1959)

■ In the Matter of ARMAND KOLODNY, an Attorney.— A certified copy of a judgment having been presented to this court showing that the above-named Armand Kolodny, upon his plea of guilty, was convicted of a felony, to wit, the crime of grand larceny in the second degree, his disbarment necessarily follows pursuant to statute (Judiciary Law, § 90, subd. 4). Accordingly, he is disbarred and his name is ordered to be struck from the roll of attorneys. Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ., concur.

## FIRST DEPARTMENT, MAY, 1960

## (May 2, 1960)

■ In the Matter of IRVING SKLOW against PARKERSBURG-ÆTNA CORP.— Motion for a stay granted and the stay contained in the order to show cause, dated April 18, 1960, is continued pending the hearing and determination of the appeal on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before May 12, 1960 with notice of argument for May 24, 1960, said appeal to be argued or submitted when reached; and on the further condition that no meeting of the stockholders of the Parkersburg-Ætna Corporation be held sooner than July 1, 1960. Respondent's points are to be served and filed on or before May 18, 1960. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.